

# Fourth Court of Appeals
## San Antonio, Texas

October 27, 2016

No. 04-16-00227-CR

Allen John **MURRAY,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR5283
Honorable Ray Olivarri, Judge Presiding

# O R D E R

On October 6, 2016, we struck appellant's brief because it failed to comply with Rule 9.10 of the Texas Rules of Appellate Procedure and ordered appellant to file a brief correcting the deficiencies. On October 24, 2016, appellant filed a corrected brief. The State's brief is due on November 23, 2016.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of October, 2016.

_____
Keith E. Hottle
Clerk of Court